UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| HOWARD CARTER, ) | |
| ) | No. 2:13-cv-237 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| EVEREST RECEIVABLE SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, HOWARD CARTER ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  September 4, 2013  RESPECTFULLY SUBMITTED,

                                        KROHN & MOSS, LTD.

                              By: /s/ Ryan Lee

                                        Ryan Lee, Esq.
                                        Attorney for Plaintiff
                                        Krohn & Moss, Ltd.
                                        10474 Santa Monica Blvd., Suite 405
                                        Los Angeles, CA 90025
                                        Tel: (323) 988-2400 x 241
                                        Fax: (866) 385-1408
                                        Email: rlee@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee
    Ryan Lee
    Krohn & Moss, Ltd.
    10474 Santa Monica Blvd.,
    Suite 405
    Los Angeles, CA 90025
    Ph: (323) 988-2400 ext 241
    rlee@consumerlawcenter.com
    Attorneys for Plaintiff,
    HOWARD CARTER