**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| HOWARD CARTER, ) | |
| ) | No. 2:13-cv-237 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| EVEREST RECEIVABLE SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

HOWARD CARTER, (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, EVEREST RECEIVABLE SERVICES, INC (Defendant), in this case.

Dated: October 29, 2013                              KROHN & MOSS, LTD.

                                                                       RESPECTFULLY SUBMITTED,

                                                                        /s/ Ryan Lee
                                                                         Ryan Lee
                                                                         Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:  /s/ Ryan Lee
     Ryan Lee